```
Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277
```

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| CECILE RONQUILLO ALBANO | ) Chapter 13 <br> ) <br> ) Case No.: 8:07-bk-12308-RK <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3010)** <br> ) <br> ) <br> ) <br> ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301115** in the sum of **$   0.01** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

```
CECILE RONQUILLO ALBANO
1041 MORO COURT
TUSTIN, CA 94520
```

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0712308 | CECILE RONQUILLO ALBANO<br>ACCT:              Claim: 00000 | XXX-XX-5876 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | 0.01 | 0.00 | 0.01 |

CECILE RONQUILLO ALBANO

BALANCE:                    [0.00  13/00000]
SSN: XXX-XX-5876    SSN:
ACCT:                              CASE: 0712308
PRINCIPAL:          0.01    INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301115

Aug 22, 2011

VOID 90 DAYS FROM DATE

*********$0.01

PAY  Zero And 01/ 100 Dollars

TO THE ORDER OF  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301115⑈  ⑆061100790⑆  0000005751862⑈